Jeffrey SCHWINDT, Michael E. Miller, Joseph L. Mark, John P. Hancock, and Charles Butcher, Appellants,

v.

Michael E. MILLER, Joseph L. Mark, John P. Hancock, and Charles Butcher, Appellees.

No. 2013–1563.

United States Court of Appeals, Federal Circuit.

May 8, 2014.

Jeffrey B. Vockrodt, Hunton & Williams LLP, of Washington, DC, argued for appellants. With him on the brief were Robert M. Schulman and Christopher H. Yaen.

Lisa J. Pirozzolo, Wilmer Cutler Pickering Hale and Dorr LLP, of Boston, Massachusetts, argued for appellees. With her on the brief were Mark C. Fleming; David L. Cavanaugh And Owen K. Allen, of Washington, DC.

RADER, Chief Judge, PROST, and O'MALLEY, Circuit Judges.

### JUDGMENT

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.